THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM LINGLEY, Appellant.

(Submitted April 14, 1913; decided April 29, 1913.)

Motion for re-argument denied.　(See 207 N. Y. 396.)